Patrick A. FLAYTER, Claimant–
Appellee,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellant.

No. 01–7093.

United States Court of Appeals,
Federal Circuit.

April 24, 2002.

*ORDER*

The Secretary of Veterans Affairs moves without opposition to withdraw his appeal pursuant to the Solicitor General's decision not to file a petition for a writ of certiorari in *Allen v. Principi,* 237 F.3d 1368 (Fed. Cir.2001), involving issues similar to those presented in this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

STATE CONTRACTING & ENGINEER-ING CORPORATION and STATE PAVING CORPORATION, Plaintiffs–Appellants,

v.

State of FLORIDA, Florida Department of Transportation, Recchi America, Inc., the Murphy Construction Company, the Hardaway Company, Hubbard Construction Company, Balfour Beatty Construction, Inc., Community Asphalt Corporation, and Joelson Concrete Pipe Company, Inc., Defendants–Appellees.

No. 01–1547.

United States Court of Appeals,
Federal Circuit.

April 24, 2002.

ORDER

Upon consideration of the unopposed motion of State Contracting & Engineering Corporation and State Paving Corporation (State Contracting) to voluntarily dismiss their appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.